## CERTIFICATE OF VOTE

The undersigned is the President and Vice President of Pagliaro Electric, Inc., a Massachusetts corporation. On January 8, 2019, the following votes were recorded at a meeting of the corporation, notice being duly waived, and quorum being present:

VOTED:

That Leonard Pagliaro and Lynna Valera, be and hereby is authorized to cause the corporation to file a voluntary petition seeking relief in accordance with a chapter under Title 11 of the United States Code, and to take all steps required to complete a reorganization of the corporation under that chapter, or any other section of the Bankruptcy Code;

VOTED:

That Daniel Occena of Revere, Massachusetts, is hereby retained as legal counsel to represent the corporation in all phases of proceedings under the Bankruptcy Code.

Dated: January 8, 2019

_____            _____
Leonard Pagliaro, President                 Lynna Valera, Vice President