**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) |  |
|  | ) | Chapter 7 |
| PAGLIARO ELECTRIC INC. | ) | Case No. 19-10231-JEB |
|  | ) |  |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

    I, Kathryn S. Shea, counsel for creditors Electrical Construction Trust Funds, including Local 103, I.B.E.W. Health Benefit Plan, Electrical Workers' Pension Fund, Local 103, I.B.E.W., Electrical Workers' Deferred Income Fund, Local 103, I.B.E.W. and Joint Apprenticeship and Training Fund, hereby give notice of the following new address:

Kathryn S. Shea, Esq.
Law Office of Kathryn S. Shea
108 Trowbridge St., Third Floor
Cambridge, MA 02138
kate@kateshealaw.com
(617) 851-4350

    Please forward copies of all pleadings, notices, documents, notice of all hearings, conferences and proceedings in this matter, including, but not limited to notices required pursuant to Bankruptcy Rules 9010(b) and 2002, and the Local Rules of Bankruptcy Procedure upon the undersigned at the new address.

                                                   Respectfully submitted,

                                                 /s/ Kathryn S. Shea
                                                 Kathryn S. Shea, BBO # 547188
                                                 Law Office of Kathryn S. Shea
                                                 108 Trowbridge St., Third Floor
                                                 Cambridge, MA 02138
                                                 kate@kateshealaw.com
                                                 (617) 851-4350

Dated: April 6, 2021

1

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the above Notice of Appearance has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 6th day of April, 2021.

                                      /s/ Kathryn S. Shea
                                      Kathryn S. Shea